**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-182-CEH-NHA | **DATE:** | May 26, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MEADE LEWIS | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Ross Roberts, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:**  DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME** | 2:32 PM-2:44 PM   **TOTAL:** 12 MINS | **PRETRIAL:** | Charlene Cohen |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant provided a copy of the Indictment. Waived formal reading of indictment.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral Order of Due Process.

Oral motion for counsel. Motion granted and the Public Defender's Office is appointed.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

TRIAL TERM: July 2026 commencing July 6, 2026, at 9:00 AM, before CEH.

ZOOM STATUS CONFERENCE: June 16, 2026, at 9:30 AM, before CEH.

Oral motion for discovery by defense. Oral motion for reciprocal discovery by government. Both motions granted.

Referred to Magistrate Judge Adams for pretrial discovery order.  Pretrial discovery order to be electronically filed.

**Bond**

Government: Seeking release. Proffer of counsel.

Defendant: In agreement with the conditions identified by the Government and Pretrial Services.

Court: The Defendant orders the Defendant released with the conditions identified on the record.