UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:26-cr-182-CEH-NHA

MEADE LEWIS

## BILL OF PARTICULARS
### (Forfeiture)

The United States of America, pursuant to Federal Rule of Criminal

Procedure 32.2(a), particularly alleges that the following asset, is subject to forfeiture

on the basis of the allegations set forth in the "Forfeiture" section of the Indictment

(Doc. 1): 328 South Riverhills Dr, Temple Terrace, Florida 33617.

A WESTERLY PART OF LOT 23, ALL OF LOT 24, AND AN
EASTERLY PART OF LOT 25, BLOCK E-6, TEMPLE TERRACE
ESTATES SUBDIVISION, ACCORDING TO MAP OR PLAT THEREOF
AS RECORDED IN PLAT BOOK 10, PAGE 68, PUBLIC RECORDS OF
HILLSBOROUGH COUNTY, FLORIDA, SAID PROPERTY BEING
MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT
THE NORTHEAST CORNER OF SAID LOT 24 AND RUN THENCE
NORTHWESTERLY, 75 FEET ALONG THE NORTHERLY
BOUNDARY OF SAID LOTS 24, AND 25; THENCE
SOUTHWESTERLY IN A STRAIGHT LINE TO A POINT ON THE
SOUTHERLY BOUNDARY OF SAID LOT 25, 41.74 FEET SOUTHEAST
OF THE SOUTHWEST CORNER OF SAID LOT 25; THENCE
SOUTHEASTERLY, 95 FEET ALONG THE SOUTHERLY BOUNDARY
OF SAID LOTS 25, 24 AND 23; THENCE NORTHEASTERLY IN A
STRAIGHT LINE, TO THE POINT OF BEGINNING.

Parcel ID Number: T27281955Z0000E6000240,2021910

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    *s/Blain A. Goff*
       BLAIN A. GOFF
       Assistant United States Attorney
       Florida Bar Number 0109467
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       (813) 274-6000 – telephone
       E-mail: blain.goff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Blain A. Goff*
BLAIN A. GOFF
Assistant United States Attorney