UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                  Case No. 8:26-cr-182-CEH-NHA

MEADE LEWIS

_____/
[OWNER OF RECORD: MEADE LEWIS, an unmarried man, and AWTUM
BRASHEAR, an unmarried woman]

**GOVERNMENT'S NOTICE OF LIS PENDENS**

NOTICE IS HEREBY GIVEN that the above-referenced action was

commenced on May 20, 2026, and is now pending in the United States District

Court for the Middle District of Florida between the parties named in the above-

referenced action.

The United States of America is seeking to forfeit certain real property located

at **328 South Riverhills Dr, Temple Terrace, Florida 33617**, being the same

premises conveyed to Meade Lewis and Awtum Brashear, on March 15, 2021, and

recorded on March 18, 2021, in Hillsborough County, including all improvements

thereon and appurtenances thereto, the legal description for which is as follows:

> A WESTERLY PART OF LOT 23, ALL OF LOT 24, AND AN
> EASTERLY PART OF LOT 25, BLOCK E-6, TEMPLE TERRACE
> ESTATES SUBDIVISION, ACCORDING TO MAP OR PLAT THEREOF
> AS RECORDED IN PLAT BOOK 10, PAGE 68, PUBLIC RECORDS OF
> HILLSBOROUGH COUNTY, FLORIDA, SAID PROPERTY BEING
> MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT
> THE NORTHEAST CORNER OF SAID LOT 24 AND RUN THENCE
> NORTHWESTERLY, 75 FEET ALONG THE NORTHERLY
> BOUNDARY OF SAID LOTS 24, AND 25; THENCE
> SOUTHWESTERLY IN A STRAIGHT LINE TO A POINT ON THE

SOUTHERLY BOUNDARY OF SAID LOT 25, 41.74 FEET SOUTHEAST OF THE SOUTHWEST CORNER OF SAID LOT 25; THENCE SOUTHEASTERLY, 95 FEET ALONG THE SOUTHERLY BOUNDARY OF SAID LOTS 25, 24 AND 23; THENCE NORTHEASTERLY IN A STRAIGHT LINE, TO THE POINT OF BEGINNING.

Parcel ID Number: T27281955Z0000E6000240,2021910
Property Address: 328 S Riverhills Dr., Temple Terrace, Florida 33617

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the

entry of any order of forfeiture. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:       *s/Blain A. Goff*
BLAIN A. GOFF
Assistant United States Attorney
Florida Bar Number 0109467
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: blain.goff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Blain A. Goff*
BLAIN A. GOFF
Assistant United States Attorney