AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

MAY 26 2026 PM3:56
FILED - USDC - FLMD - TPA
RECEIVED U.S. MARSHALS
2026 MAY 2 PM3:20

| United States of America | ) | |
| v. | ) | Case No.   8:26-cr-182-CEH NHA |
| MEADE LEWIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MEADE LEWIS                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud in violation of 18 U.S.C. § 1343

Date:   5/21/26

_____
Issuing officer's signature  Lisa Silvia

City and state:   _____

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5-21-26 , and the person was arrested on *(date)*  5-26-26 |
| at *(city and state)*   TAMPA, FL  . |
| Date:  5-26-26          _____ |
| *Arresting officer's signature* |
| MCKENZI PHELPS  DUSM |
| *Printed name and title* |