**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 8:26-CR-182-CEH-NHA**

**MEADE LEWIS**

_____/

**NOTICE OF APPEARANCE AND**
**SUSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to

represent the Defendant, MEADE LEWIS, in the above-styled cause. The Clerk is

requested to remove RYAN MAGUIRE, as the notice counsel, and enter the

appearance of ASHLEY ALLEN, Assistant Federal Defender, as counsel for the

Defendant.

DATED this 29th day of May 2026.

CHARLES PRITCHARD, JR.
FEDERAL DEFENDER

*/s/ Ashley G. Allen*
Ashley G. Allen, Esq.
Florida Bar No. 125638
Assistant Federal Defender
Office of the Federal Defender
400 N. Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Email: ashley_allen@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of May 2026, I electronically filed

the foregoing with the Clerk of Court by using the CM/ECF system, which will

send notice of electronic filing to all counsel of record.


*<u>/s/ Ashley G. Allen</u>*
Ashley G. Allen, Esq.
Assistant Federal Defender